```
 1  Ted G. Meadows
    Navan Ward, Jr.
 2  Gerald B. Taylor, Jr.
    Andy D. Birchfield, Jr.
 3  BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
 4  234 Commerce Street
    P.O. Box 4160
 5  Montgomery, Alabama 36103
    Telephone: 334-269-2343
 6  Facsimile: 334-954-7555
    Attorneys for Plaintiffs
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates To:<br><br>*Mary A. Williams v. Pfizer Inc, et al.*<br>(08-1975 CRB)<br><br>*Garry Norman v. Pfizer Inc, et al.*<br>(10-0191 CRB)<br><br>*Gayle Zachary v. Pfizer Inc, et al.*<br>(10-0199 CRB)<br><br>*Debbie Jackson, et al. v. Pfizer Inc, et al.*<br>(10-0200 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

-1-

each side bearing its own attorneys' fees and costs.

DATED: 12/15, 2010   By: /s/ Navan Ward J.

**BEASLEY, ALLEN, CROW, METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: 12/16, 2010   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 2 2 2010

Hon. Charles R. Breyer
United States District Court